UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                      Plaintiff,

        -against-

F.D.N.Y., *et al.*,

                      Defendants.

20-CV-5357 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued July 24, 2020, denying Plaintiff's motion for leave to file this action,

      IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's motion for leave to file this action is denied.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 24, 2020
            New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge